# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO. 19-24031-CV-KING

CARLO J. SENECHARLES,

    Plaintiff

v.

UNITED STATES OF AMERICA,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court on the December 17, 2020 Report and Recommendation ("R&R") (DE 19) of Magistrate Judge Lisette M. Reid. Plaintiff's objections were due by December 31, 2020; none were filed.

The R&R recommends denying Plaintiff's Motion to Vacate Sentence (DE 1) pursuant to 28 U.S.C. § 2255, reasoning that Plaintiff did not preserve his claim by objecting at trial or on appeal that his conviction is invalid because the indictment did not allege conduct constituting a crime. R&R at 4–6; *See Murray v. Carrier*, 477 U.S. 478, 490-92 (1986).  Thus, Plaintiff's claim is procedurally defaulted. *Id*. Secondly, the R&R recommends denying Plaintiff's claim that his Florida attempted first degree murder conviction no longer qualifies as an Armed Career Criminal Act ("ACCA") predicate because it is untimely. *See* R&R at 6–8; 28 U.S.C. § 2255(f).

Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Reid's well-reasoned R&R accurately states the law of the case.

Therefore, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge Lisette M. Reid's Report and Recommendation **(DE 19)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court;

2. Plaintiff's Motion to Vacate is hereby **DENIED**; and

3. The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 5th day of January, 2021.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Magistrate Judge Lisette M. Reid
All counsel of record
Clerk of Court
Carlo J. Senecharles, *pro se*